**STATE of Missouri, Respondent,**

v.

**Horace SCOTT, Appellant,**

**Horace SCOTT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 48437, WD 50636.**

Missouri Court of Appeals,
Western District.

Jan. 9, 1996.

James C. Cox, Asst. Appellate Defender,
Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John
M. Morris, Asst. Attorney General, Jefferson
City, for respondent.

Before FENNER, C.J., P.J., and
SPINDEN and SMITH, JJ.

PER CURIAM.

### ORDER

Appeal from conviction, after jury trial, of
one count of burglary in the second degree,
§ 569.170, RSMo 1994, one count felony
stealing over $150, § 570.030, RSMo 1994,
and sentence as prior and persistent offend-
er, §§ 558.016, RSMo 1994 and 557.036.4,
RSMo 1994, to concurrent terms of ten years
imprisonment on both counts.

Judgment affirmed. Rule 30.25(b).

■

**Kimberly Marie STONE, Appellant,**

v.

**Russell David SMEDLEY, Respondent.**

**No. WD 51179.**

Missouri Court of Appeals,
Western District.

Jan. 9, 1996.

Patrick Mark Reidy, Kansas City, for Ap-
pellant.

Anthony A. Stein, Kansas City, for Re-
spondent.

Before FENNER, C.J., P.J., and
BRECKENRIDGE and SMITH, JJ.

ORDER

PER CURIAM.

Appeal from judgment dismissing cause of
action for breach of oral agreement and equi-
table relief.

Judgment affirmed. Rule 84.16(b).